304 U.S. 563
 58 S.Ct. 944
 82 L.Ed. 1530
 Fred F. FLORENCE et al., petitioners,
v.
R. E. CRUMMER.
 No. 889.
 Supreme Court of the United States
 April 25, 1938
 
 Messrs. Charles L. Black and Ireland Graves, both of Austin, Tex., for petitioners.
 
 
 1
 For opinion below, see 93 F.2d 542.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 3
 Rehearing denied 304 U.S. 589, 58 S.Ct. 1037, 82 L.Ed. ——.